UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 08CR3547-JAH |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RAMIRO GARCIA-AGUILAR (1), | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of:

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 13, 2008

_____
LEO S. PAPAS
UNITED STATES DISTRICT JUDGE


ENTERED ON _____