UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RAMIRO GARCIA-AGUILAR (1),<br><br>                    Defendant. | CASE NO. 08CR3547-JAH<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

\_\_\_    of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 13, 2008

                                                LEO S. PAPAS
                                                UNITED STATES DISTRICT JUDGE

                                                ENTERED ON _____